UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00047-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      TOBIAS LOPEZ-HERMOSILLO,
         a/k/a "Toby,"
2.      RAFAEL VALDIVIA-LOMELL,
         a/k/a "Rafa,"
3.      JESUS ALVARADO-MENDEZ,
         a/k/a "Chucky,"
4.      ISMAEL CORDOVA-FRIAS,
5.      MAHDI GARY,
         a/k/a "Jimbo,"
6.      DERRICK GREGORY,
         a//k/a "DG,"
7.      NICOLE GREGORY,
8.      DARRYL HICKEY,
         a/k/a "Twin,"
9.      TAIRA HOLLIDAY,
10.    DORIAN JONES,
         a/k/a "St. Louis,"
**11.    ALEJANDRO JURADO-GARCIA,**
         **a/k/a "The Mechanic,"**
12.    JORGE MIRELES-MONSIVAIS,

       Defendants.

---

**ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS**

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#242)** on October 1, 2012, by Defendant Alejandro Jurado-Garcia.  The Court construes this

Notice as a motion to change his/her plea and to have the Court consider the terms of the parties'

plea agreement.

**IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2.      A Change of Plea hearing is set for **October 25, 2012,** at **3:30 p.m.** and a

Sentencing hearing is set for **February 11, 2013**, at **1:30 p.m.** in the United

States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.      The final trial preparation conference set for February 1, 2013, and the February

4, 2013, trial date are **VACATED** as to Defendant Jurado-Garcia.

Dated this 1st day of October, 2012.

                                                 **BY THE COURT:**

                                                 _Marcia S. Krieger_
                                                 _____

                                                 Marcia S. Krieger
                                                 United States District Judge

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*