IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03137-MSK
Criminal Action No. 12-cr-00047-MSK-11

UNITED STATES OF AMERICA,

        Plaintiff,

v.

11.    ALEJANDRO JURADO-GARCIA, a/k/a "The Mechanic,"

        Defendant.

---

## ORDER

After preliminary consideration of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 514), it is now

ORDERED that the United States Attorney on or before February 20, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 20th day of November, 2013.

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*

                                    Marcia S. Krieger
                                    Chief United States District Judge